In the Matter of Freda K. Ralph, Respondent, against Board of Estimate of the City of New York, et al., Appellants.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 278 App. Div. 793.]

Anne O'Sullivan, Respondent, v. Kod-Rose Holding Corp., Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

Irving Scherling et al., Appellants, v. Frank Brimberg et al., Respondents. — Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

Michael J. Smith, Respondent, v. Jim's Meat Market, Inc., Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

Joseph C. Swensen, Respondent, v. James Da Cruze et al., Appellants. — Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See ante, p. 611.]

Michele Di Leo, Respondent, v. Pecksto Holding Corp. et al., Appellants, et al., Defendants.— No opinion. Present — Johnston, Acting, P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See post, p. 799.]

S. Nesta Feldman, Appellant, v. Herman E. A. Feldman, Respondent.— No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

Anthony T. Feyh, Individually and Doing Business as Wyckoff Press, Respondent, v. Brandtjen & Kluge, Inc., Appellant.— No opinion. Carswell, Acting P. J., Adel, Johnston, Wenzel and MacCrate, JJ., concur.